| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>　　　　Defendant. | 2:21-CV-02353-JAM-DB<br><br>WARRANT FOR ARREST OF<br>ARTICLES *IN REM* |

TO THE U.S. SECRET SERVICE OF THE NOTHERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on December 17, 2021, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately 10.19321397 Bitcoin (hereafter "defendant cryptocurrency") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. § 1343;

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant cryptocurrency is currently in the custody of the U.S. Secret Service in Washington D.C.;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant cryptocurrency, and use discretion and whatever means appropriate to protect and maintain said defendant cryptocurrency; and

IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought to have an interest in or claim against the defendant cryptocurrency by serving upon such persons a copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law. This warrant provides notice that in order to avoid forfeiture of the defendant cryptocurrency, any person claiming an interest in, or right against, the property must file a verified claim, signed under penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may such claim be filed later than 35 days after the date of notice of the forfeiture action and a copy of the complaint was sent or, as applicable, 60 days after the first day of publication on the official internet government forfeiture site www.forfeiture.gov posting the notice of the forfeiture action. In addition, any person having filed such a claim must also file an answer to the complaint or a motion under Rule G(5) and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: Jan 04, 2022

KEITH HOLLAND, Clerk

By: _____
Deputy Clerk
United States District Court
Eastern District of California