

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-CV-02353-JAM-DB | |
|---|---|---|
| DEFENDANT<br>Approximately 10.19321397 Bitcoin | TYPE OF PROCESS<br>Arrest | |
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Approximately 10.19321397 Bitcoin | |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>U.S. Attorney's Office<br>Attn: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please arrest defendant Approximately 10.19321397 Bitcoin pursuant to the attached Warrant for Arrest.

| Signature of Attorney or other Originator requesting service on behalf of<br>*Tammy Teglia* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>Tammy (916) 554-2768 | DATE<br>1/6/2022 |
|---|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS | | | 3/7/22 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☒ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>3/7/22 | TIME OF SERVICE<br>2:42 | ☐ AM<br>☒ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*Jul Pinto*, Special Agent, USSS | | |

REMARKS:
  Bitcoin has been arrested

TD F 90-22.48  (6/96)

PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CV-02353-JAM-DB |
| Plaintiff, | |
| v. | WARRANT FOR ARREST OF ARTICLES *IN REM* |
| APPROXIMATELY 10.19321397 BITCOIN, | |
| Defendant. | |

TO THE U.S. SECRET SERVICE OF THE NOTHERN DISTRICT OF CALIFORNIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a verified complaint of forfeiture has been filed on December 17, 2021, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately 10.19321397 Bitcoin (hereafter "defendant cryptocurrency") is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) for one or more violations of 18 U.S.C. § 1343;

WHEREAS, Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") provides that when the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control. The defendant cryptocurrency is currently in the custody of the U.S. Secret Service in Washington D.C.;

1

1  YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant
2  cryptocurrency, and use discretion and whatever means appropriate to protect and maintain said
3  defendant cryptocurrency; and

4  IT IS FURTHER ORDERED that you shall provide notice of this action to all persons thought
5  to have an interest in or claim against the defendant cryptocurrency by serving upon such persons a
6  copy of this warrant and a copy of the Verified Complaint for Forfeiture *In Rem* in a manner consistent
7  with the Supplemental Rules, the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), and federal law.
8  This warrant provides notice that in order to avoid forfeiture of the defendant cryptocurrency, any
9  person claiming an interest in, or right against, the property must file a verified claim, signed under
10 penalty of perjury, identifying the interest in, or right against, the property in the manner set forth in
11 Rule G(5)(a) of the Supplemental Rules, Federal Rules of Civil Procedure, except that in no event may
12 such claim be filed later than 35 days after the date of notice of the forfeiture action and a copy of the
13 complaint was sent or, as applicable, 60 days after the first day of publication on the official internet
14 government forfeiture site www.forfeiture.gov posting the notice of the forfeiture action. In addition,
15 any person having filed such a claim must also file an answer to the complaint or a motion under Rule
16 G(5) and Fed. R. Civ. P., Rule 12 no later than 21 days after the filing of the claim, with a copy thereof
17 sent to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814.

18  IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the
19 same in this Court with your return thereon, identifying the individuals upon whom copies were served
20 and the manner employed.

21 Dated: __Jan 04__, 2022                KEITH HOLLAND, Clerk

                                          By: _Anthony Coll_
                                          Deputy Clerk
                                          United States District Court
                                          Eastern District of California

2

Warrant for Arrest