PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>　　　　Defendant. | 2:21-CV-02353-JAM-DB<br><br>ORDER PERMITTING DIRECT NOTICE OF COMPLAINT FOR FORFEITURE BY EMAIL |

　　Pursuant to the Government's *Ex Parte* Motion for Order Permitting Direct Notice of Complaint for Forfeiture by Email, the Court finds that there is good cause to permit direct notice via email of the Verified Complaint for Forfeiture *In Rem* and the Warrant for Arrest *In Rem* to potential claimant Tarun Kumar Arora, who has been identified as the holder of the Binance account the defendant cryptocurrency was seized from.

　　IT IS SO ORDERED.

DATED:  March 9, 2022　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE