PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>            Defendant. | 2:21-CV-02353-JAM-DB<br><br>DECLARATION OF TAMMY TEGLIA IN SUPPORT OF REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST CAROLINE HEPWORTH |

I, TAMMY TEGLIA, declare as follows:

1. I am the Paralegal Specialist assigned to the above-captioned civil forfeiture action.

2. I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters I believe them to be true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

3. To the best of my knowledge and belief, Caroline Hepworth is not an infant nor is she an incapacitated person.

4. To the best of my knowledge and belief, Caroline Hepworth is not in the military service of the United States, within the meaning of the Servicemembers Civil Relief Act of 2003.  (50 U.S.C. App. §§ 501-596).

///

5. On January 6, 2022, the United States mailed copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, and court notices to Caroline Hepworth at 246 Schlaf Drive, Oroville, CA 95965, by first class mail and certified mail number 7018 0360 0000 6580 0529.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Caroline Hepworth on January 19, 2022.  A true and correct copy of the letters mailed to Caroline Hepworth and the certified mail receipt are attached as Exhibit A.

6. On January 19, 2022, the U.S. Secret Service personally served the above-listed documents on Caroline Hepworth at 246 Schlaf Drive, Oroville, CA 95965.  A true and correct copy of the Process Receipt and Return filed March 2, 2022, is attached as Exhibit B.

7. On or about January 25, 2022, Ms. Hepworth submitted a Consent of U.S. Magistrate Judge Jurisdiction form to the Clerk's Office for filing (Doc. No. 7).  On January 27, 2022, the U.S. Secret Service case agent told me he spoke to Ms. Hepworth regarding the Consent of U.S. Magistrate Judge Jurisdiction form she submitted to the Clerk's Office.  The agent informed me that Ms. Hepworth said she misunderstood what she was consenting to, did not want to file a claim in this case, and asked how she could have the form rescinded.  The agent said he told Ms. Hepworth she should contact the Clerk's Office to see if the form could be withdrawn.  Later that day, the agent told me that Ms. Hepworth had called the Clerk's Office and was told they would make a note to disregard the paperwork she sent them.  The docket says "[DISREGARD – Filed in error]" for document number 7.

8. To date, no claim or answer has been filed by or on behalf of Caroline Hepworth, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and her time to file a claim and answer has expired.

9. The defendant funds were arrested on March 7, 2022, by the U.S. Secret Service.  <u>See</u> Process Receipt and Return filed March 8, 2022.

10. Beginning on January 8, 2022, for at least thirty consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on March 2, 2022.

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2022.

*Tammy Teglia*
Tammy Teglia
Paralegal Specialist

# EXHIBIT A

Case 2:21-cv-02353-TLN-DB   Document 13-1   Filed 03/15/22   Page 4 of 12



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
| | TTD   916/554-2855 |

January 6, 2022

FIRST CLASS MAIL

**NOTICE OF FORFEITURE ACTION**

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

    Re:    <u>Approximately 10.19321397 Bitcoin,</u> 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

    This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

    We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

    The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

    If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures



U.S. DEPARTMENT OF JUSTICE

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

---

501 I Street, Suite 10-100     Phone 916/554-2700
Sacramento, CA 95814          Fax    916/554-2900
                               TTD   916/554-2855

January 6, 2022

CERTIFIED MAIL

NOTICE OF FORFEITURE ACTION

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

Re:   Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures

**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0360 0000 6580 0529

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Caroline_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Caroline Hepworth                01.19.22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:         ☐ No

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

9590 9402 5505 9249 5441 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 0360 0000 6580 0529

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# EXHIBIT B



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:21-CV-02353-JAM-DB |
|---|---|
| DEFENDANT<br>Approximately 10.19321397 Bitcoin | TYPE OF PROCESS<br>Service |

| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Caroline Hepworth |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>246 Schlaf Drive, Oroville, CA 95965 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| U.S. Attorney's Office<br>Attn: T. Teglia<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please personally serve Caroline Hepworth at the above address with copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, notice of availability of voluntary dispute resolution, and notice of forfeiture action.

| Signature of Attorney or other Originator requesting service on behalf of<br>*Tammy Teglia* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NO.<br>Tammy (916) 554-2768 | DATE<br>1/6/2022 |
|---|---|---|---|
| SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS<br>*Caron Hep...* | | 01.19.2022 | |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number<br>Of process indicated | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☒ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>1-19-22 | TIME OF SERVICE<br>2:52 | ☐ AM<br>☒ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY<br>*Ken Roy*, Special Agent USSS | | |

REMARKS:

TD F 90-22.48 (6/96)

Service of Process:
Case 2:21-cv-02353-TLN-DB   Document 13-1   Filed 03/15/22   Page 12 of 12
2:21-cv-02353-JAM-DB USA v. Approx. 10.19321397 Bitcoin

CIVIL

## U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Khasigian, Kevin on 3/2/2022 at 9:01 AM PST and filed on 3/2/2022
**Case Name:** USA v. Approx. 10.19321397 Bitcoin
**Case Number:** 2:21-cv-02353-JAM-DB
**Filer:** United States of America
**Document Number:** 8

**Docket Text:**
**CERTIFICATE of SERVICE by United States of America re [5] Writ Issued, [4] Proposed Order, [1] Complaint, [3] Civil New Case Documents for JAM, [6] Order. (Khasigian, Kevin)**


**2:21-cv-02353-JAM-DB Notice has been electronically mailed to:**

Kevin Christopher Khasigian , GOVT    kevin.khasigian@usdoj.gov, caseview.ecf@usdoj.gov, kendra.ford@usdoj.gov, kimberly.bradley@usdoj.gov, tammy.teglia@usdoj.gov, usacae.ecfsaccv@usdoj.gov

**2:21-cv-02353-JAM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/2/2022] [FileNumber=11726440-0
] [35a29bde578d8e238cbbd07c9bc21f81c19332230318616bc5fb2e7741ceba1f9f0
ff54c8454935e7aa79f8b370100df3d6d708baf058332587059e5913af30d]]