PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>　　　　Defendant. | 2:21-CV-02353-JAM-DB<br><br>REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST BINANCE |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please enter the default of Binance as to all right, title, and interest it may have in the above-named defendant property, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for its failure to file a claim, answer or otherwise defend this action within the time allowed by law. <u>See</u> Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated:  3/15/2022 　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: <u>/s/ Kevin C. Khasigian</u>
　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney