PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CV-02353-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO CLERK FOR ENTRY OF DEFAULT AGAINST TARUN KUMAR ARORA |
| APPROXIMATELY 10.19321397 BITCOIN, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please enter the default of Tarun Kumar Arora as to all right, title, and interest he may have in the above-named defendant property, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for his failure to file a claim, answer or otherwise defend this action within the time allowed by law. See Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated: 5/11/2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney