PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CV-02353-TLN-DB |
| Plaintiff, | |
| v. | DECLARATION OF TAMMY TEGLIA IN SUPPORT OF *EX PARTE* MOTION FOR DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY 10.19321397 BITCOIN, | |
| Defendant. | |

I, TAMMY TEGLIA, declare as follows:

1.      I am the Paralegal Specialist assigned to the above-captioned civil forfeiture action.

2.      I have personal knowledge of the following matters, except those stated on information and belief, and as to those matters I believe them to be true, and if called as a witness in this proceeding, after being duly sworn, I could and would competently testify thereto.

**Caroline Hepworth**

3.      On January 6, 2022, the United States mailed copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, and court notices to Caroline Hepworth at 246 Schlaf Drive, Oroville, CA 95965, by first class mail and certified mail number 7018 0360 0000 6580 0529.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Caroline Hepworth on January 19, 2022.  A true

1

and correct copy of the letters mailed to Caroline Hepworth and the certified mail receipt are attached as Exhibit A.

4.      On January 19, 2022, the U.S. Secret Service personally served the above-listed documents on Caroline Hepworth at 246 Schlaf Drive, Oroville, CA 95965.  A true and correct copy of the Process Receipt and Return filed March 2, 2022, is attached as Exhibit B.

5.      On or about January 25, 2022, Ms. Hepworth submitted a Consent of U.S. Magistrate Judge Jurisdiction form to the Clerk's Office for filing (ECF No. 7).  On January 27, 2022, the U.S. Secret Service case agent told me he spoke to Ms. Hepworth regarding the Consent of U.S. Magistrate Judge Jurisdiction form she submitted to the Clerk's Office.  The agent informed me that Ms. Hepworth misunderstood what she was consenting to, did not want to file a claim in this case, and asked how she could have the form rescinded.  The agent said he told Ms. Hepworth she should contact the Clerk's Office to see if the form could be withdrawn.  Later that day, the agent told me that Ms. Hepworth had called the Clerk's Office and was told they would make a note to disregard the paperwork she sent them. The docket says "[DISREGARD – Filed in error]" for document number 7.  ECF No. 7.

**Binance**

6.      On January 6, 2022, the United States mailed copies of the above-listed documents to Binance at Level 3, Melita Court, Triq Giuseppe Cali, Ta'Xbiex XBX 1420 Malta, by International Federal Express.  According to Federal Express, the package was refused by Binance on January 12, 2022.  A true and correct copy of the letter sent to Binance and the Federal Express tracking history are attached as Exhibit C.

7.      On January 6, 2022, the United States sent copies of the above-listed documents to Binance by email to the following email address: case@binance.com.  On January 6, 2022, Binance responded via email that they were receiving heavy email traffic and would respond to our inquiry shortly.  On January 26, 2022, I received formal correspondence from an individual named Nikolai with the Binance Case Team.  Nikolai's correspondence provided information on the Binance Case unit and an attached document set forth the current balance for the account the United States seized the defendant cryptocurrency from, as well as information specific to Binance concerning account freezes, seizures, and

Declaration of Tammy Teglia

1  transferring funds.  True and correct copies of the emails sent to and received from Binance are attached

2  as Exhibit D.

3  **Tarun Kumar Arora**

4      8.      On March 10, 2022, the United States sent copies of the above-listed documents to Tarun

5  Kumar Arora via email pursuant to the Order Permitting Direct Notice of Complaint for Forfeiture by

6  Email filed March 10, 2022.  The email was sent to Tarun Kumar Arora at the following email addresses:

7  tarun_0085@rediffmail.com and tarun13335@gmail.com.  A true and correct copy of the email and letter

8  sent to Tarun Kumar Arora are attached as Exhibit E.

9      9.      To date, no claim or answer has been filed by or on behalf of Caroline Hepworth, Binance,

10  or Tarun Kumar Arora, as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime

11  Claims and Asset Forfeiture Actions, and their time to file a claim and answer has expired.

12     10.     The defendant cryptocurrency was arrested on March 7, 2022, by the U.S. Secret Service.

13  See Process Receipt and Return filed March 8, 2022.

14     11.     Beginning on January 8, 2022, for at least thirty consecutive days, the United States

15  published Notice of the Forfeiture Action on the official internet government forfeiture site

16  www.forfeiture.gov.  A Declaration of Publication was filed on March 2, 2022.

17      I declare under penalty of perjury that the foregoing is true and correct.

18      Executed this *17th* day of May, 2022.

19

20                                      Tammy Teglia
                                        Tammy Teglia
21                                      Paralegal Specialist

22

23

24

25

26

27

28

Declaration of Tammy Teglia

# EXHIBIT A



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

---

501 I Street, Suite 10-100       Phone 916/554-2700
Sacramento, CA 95814            Fax   916/554-2900
                               TTD  916/554-2855

January 6, 2022

FIRST CLASS MAIL

NOTICE OF FORFEITURE ACTION

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

  Re:  <u>Approximately 10.19321397 Bitcoin,</u> 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

  This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

  We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

  The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

  If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
| | TTD 916/554-2855 |

January 6, 2022

CERTIFIED MAIL

**NOTICE OF FORFEITURE ACTION**

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

Re:   Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures

U.S. Postal Service

# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

O F F I C I A L   U S E

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

**Caroline Hepworth**
**246 Schlaf Drive**
**Oroville, CA 95965**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0360 0000 6580 0529

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**Caroline Hepworth**
**246 Schlaf Drive**
**Oroville, CA 95965**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Caroline Hepworth_    ☐ Agent
                         ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Caroline Hepworth                  06.19.22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5505 9249 5441 49

2. Article Number *(Transfer from service label)*
7018 0360 0000 6580 0529

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# EXHIBIT B



# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:21-CV-02353-JAM-DB |
| DEFENDANT | TYPE OF PROCESS |
| Approximately 10.19321397 Bitcoin | Service |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE |
|---|---|
| | Caroline Hepworth |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | 246 Schlaf Drive, Oroville, CA 95965 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| U.S. Attorney's Office | NUMBER OF PROCESS TO BE SERVED IN THIS CASE |
| Attn: T. Teglia | NUMBER OF PARTIES TO BE SERVED IN THIS CASE |
| 501 I Street, Suite 10-100 | |
| Sacramento, CA 95814 | CHECK BOX IF SERVICE IS ON USA |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Please personally serve Caroline Hepworth at the above address with copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, notice of availability of voluntary dispute resolution, and notice of forfeiture action.

| Signature of Attorney or other Originator requesting service on behalf of | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NO. Tammy (916) 554-2768 | DATE 1/6/2022 |
|---|---|---|---|
| *Tammy Teglia* | | | |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS
*Caron Hpwth* 01.19.2022

## SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER | DATE |
|---|---|---|---|---|
| | | | | |

I HEREBY CERTIFY AND RETURN THAT I ☒ PERSONALLY SERVED ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC. AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | ☐ A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS (Complete only if different than shown above) | DATE OF SERVICE 1-19-22 | TIME OF SERVICE 2:52 | ☐ AM ☒ PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY *Kim Roop*, Special Agent USSS | | |

REMARKS:

TD F 90-22.48 (6/96)

Service of Process:

2:21-cv-02353-JAM-DB USA v. Approx. 10.19321397 Bitcoin

CIVIL

## U.S. District Court

## Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered by Khasigian, Kevin on 3/2/2022 at 9:01 AM PST and filed on 3/2/2022

| | |
|---|---|
| **Case Name:** | USA v. Approx. 10.19321397 Bitcoin |
| **Case Number:** | 2:21-cv-02353-JAM-DB |
| **Filer:** | United States of America |
| **Document Number:** | 8 |

**Docket Text:**
**CERTIFICATE of SERVICE by United States of America re [5] Writ Issued, [4] Proposed Order, [1] Complaint, [3] Civil New Case Documents for JAM, [6] Order. (Khasigian, Kevin)**

**2:21-cv-02353-JAM-DB Notice has been electronically mailed to:**

Kevin Christopher Khasigian , GOVT     kevin.khasigian@usdoj.gov, caseview.ecf@usdoj.gov, kendra.ford@usdoj.gov, kimberly.bradley@usdoj.gov, tammy.teglia@usdoj.gov, usacae.ecfsaccv@usdoj.gov

**2:21-cv-02353-JAM-DB Electronically filed documents must be served conventionally by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1064943537 [Date=3/2/2022] [FileNumber=11726440-0
] [35a29bde578d8e238cbbd07c9bc21f81c19332230318616bc5fb2e7741ceba1f9f0
ff54c8454935e7aa79f8b370100df3d6d708baf058332587059e5913af30d]]

# EXHIBIT C



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Phillip A. Talbert*
*United States Attorney*

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
| | TTD  916/554-2855 |

January 6, 2022

INTERNATIONAL FEDERAL EXPRESS

**NOTICE OF FORFEITURE ACTION**

Binance
Level 3, Melita Court
Triq Giuseppe Cali
Ta' Xbiex XBX 1420 Malta

Re:  Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property.  Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property.  If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer.  A copy of any document filed with the Court must be served on this office.  If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures



TRACK ANOTHER SHIPMENT

775686359823

ADD NICKNAME

ON TIME

ⓘ No scheduled delivery date available at this time.

## Scheduled delivery:
## Pending

IN TRANSIT
At FedEx destination facility
LUQA, MT

GET STATUS UPDATES

| FROM | TO |
|------|-----|
| SACRAMENTO, CA US | TA XBIEX, MT |

Travel History

| TIME ZONE | | |
|-----------|--|--|
| Local Scan Time | | |

Monday, January 24, 2022

| 5:22 PM | LUQA MT | At local FedEx facility |

Friday, January 21, 2022

| 5:52 PM | LUQA MT | At local FedEx facility |

Thursday, January 20, 2022

| 5:58 PM | LUQA MT | At local FedEx facility |

Wednesday, January 12, 2022

| 1:07 PM | LUQA MT | Delay<br>Shipment Refused by recipient. |
| 11:20 AM | LUQA MT | On FedEx vehicle for delivery |
| 10:36 AM | LUQA MT | International shipment release - Import |
| 10:36 AM | LUQA MT | In transit<br>Package available for clearance |
| 10:36 AM | LUQA MT | At local FedEx facility |

**Tuesday, January 11, 2022**

| 5:15 AM | TREMBLAY EN FRANCE FR | In transit |
| 4:01 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

**Saturday, January 8, 2022**

| 11:08 PM | ROISSY CHARLES DE GAULLE CEDEX FR | International shipment release - Import |
| 11:07 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit<br>Package available for clearance |
| 10:29 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx hub |
| 7:31 AM | MEMPHIS, TN | Departed FedEx hub |
| 6:41 AM | MEMPHIS, TN | In transit |

**Friday, January 7, 2022**

| 10:53 PM | MEMPHIS, TN | In transit |

**Thursday, January 6, 2022**

| 4:41 PM | SACRAMENTO, CA | Picked up |
| 4:12 PM | | Shipment information sent to FedEx |

Collapse History ⌃

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
| --- | --- | --- |
| 775686359823 | FedEx International Economy | 1 lbs / 0.45 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
| --- | --- | --- |
| 1 | 1 lbs / 0.45 kgs | Shipper |

| PURCHASE ORDER NUMBER | SHIPPER REFERENCE | PACKAGING |
| --- | --- | --- |
| USA/SS/CAE1/SACR | Binance | FedEx Envelope |

# EXHIBIT D

**Teglia, Tammy (USACAE)**

| | |
|---|---|
| **From:** | Teglia, Tammy (USACAE) |
| **Sent:** | Thursday, January 6, 2022 5:00 PM |
| **To:** | case@binance.com |
| **Subject:** | U.S. v. Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB |
| **Attachments:** | potential clmnt ltr Binance.pdf; Complaint filed 12 17 21.pdf; publ app & ord lodged 12 17 21.pdf; arrest warrant clerks issued 1 4 22.pdf; Ord re Service and JSR.pdf; Ord Re Filing Requirements.pdf; Mag Judge Consent ntc.pdf; Voluntary Dispute Resolution ntc.pdf |

Binance,

Please see the attached Notice of Forfeiture Action along with the court documents referenced in the notice.  The documents were also sent to your office via International Federal Express today and is related to the Bitcoin seized pursuant to a Federal seizure warrant that was held in User ID 25002089/User ID Number R8750839, controlled by and in the name of Tarun Kumar Arora.

Thanks,

Tammy Teglia
Paralegal Specialist
Asset Forfeiture Unit
USAO - Eastern District of California
916/554-2768

"CONFIDENTIALITY NOTICE:  This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure.  It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited.  If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer."

**Teglia, Tammy (USACAE)**

**From:**        case <case+noreply@binance.com>
**Sent:**        Thursday, January 6, 2022 5:01 PM
**To:**          Teglia, Tammy (USACAE)
**Subject:**     [EXTERNAL] Re: U.S. v. Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB

Hello,

Thank you for reaching out to Binance.

We are experiencing a high volume of inquiries at the moment and will greatly appreciate your patience.

We apologise in advance for the inconvenience.

Sincerely,
Binance Case Team

**Teglia, Tammy (USACAE)**

| | |
|---|---|
| **From:** | Binance Case Team <case@binance.com> |
| **Sent:** | Wednesday, January 26, 2022 11:22 AM |
| **To:** | Teglia, Tammy (USACAE) |
| **Cc:** | case@binance.com |
| **Subject:** | [Not Virus Scanned] [EXTERNAL] [Not Virus Scanned] Re: U.S. v. Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB |
| **Attachments:** | Report_Tammy Teglia_26_01_2022.zip |

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
Hi Tammy,

Thanks for the request.

Please refer to the attachment for the current balance available on the account.

Password for the file:

The amount available is around

A. For freezing of accounts, we would first require you agree on the assurance statement below.

- Binance Holdings Limited ("Binance") is a non-U.S. company and is therefore not subject to U.S. subpoenas or other compulsory process. However, as part of its commitment to cooperating with U.S. law enforcement, Binance is generally willing to make a voluntary production of responsive information to aid U.S. law enforcement. In order to process this request, please indicate your agreement to the following:

Any response by Binance to this request will be voluntary and Binance reserves its position on jurisdiction.
Binance is a witness, and not a subject or target, of the investigation or matter in which the information is being sought. Although any Binance production will be voluntary, DOJ and its investigative partners will treat the information produced as though it is subject Rule 6(e) of the Federal Rules of Criminal Procedure which are the federal grand jury secrecy rules.
____

We accept digital email confirmation. For example "I, John Smith of FBI unit San Francesco office, agree to the above-proposed assurance by Binance. This email confirms my agreement and acknowledgment".
____

B. We also ask to clarify which contact details (email address, the full name of the agent in charge of this case, and case number) we can share with the owner of the frozen account, assuming they inquire about the status of their respective accounts.

C. For seizing and transferring of funds, we would require you to agree on the following:

1) Binance is able to transfer only that specific types and amounts of cryptocurrency that are available on the user account balance. Please provide us for a wallet address for each token you intend to seize from the requested account.

1

2) Agree that Binance can direct the account owner to communicate with law enforcement authorities directly by sharing the case number and official work email address of the agent or agency in charge of the seizure.

If you have any questions, please do not hesitate to contact us.

We will be looking forward to receiving your response.

Kind regards,
Nikolai

**Binance Case Team**
**BINANCE**
www.binance.com

This e-mail and any attachments are intended only for the attention of the addressee(s). Its unauthorized use, disclosure, storage or copying is not permitted. If you are not the intended recipient, please destroy all copies and inform the sender by round-trip e-mail. Internet e-mail is not a secure medium. Any reply to this message could be intercepted and read by someone else. Please bear that in mind when deciding whether to send material in response to this message by e-mail. This e-mail (whether you are the sender or the recipient) may be monitored, recorded and retained by Binance.

Binance information contained within this e-mail (and any attachment) sent by Binance is confidential. It is intended only for the named recipient or entity to whom it is addressed. If you are not the intended recipient please accept our apologies and notify the sender immediately. Unauthorized access, use, disclosure, storage or copying is not permitted and may be unlawful. Any e-mail including its content may be monitored and used by Binance for reasons of security and for monitoring internal compliance with the office policy on staff use. We cannot guarantee that this message or any attachment is virus-free or has not been intercepted and amended.

On Fri, Jan 7, 2022 at 3:00 AM 'Teglia, Tammy (USACAE)' via case <case@binance.com> wrote:

> Binance,
>
>
> Please see the attached Notice of Forfeiture Action along with the court documents referenced in the notice.  The documents were also sent to your office via International Federal Express today and is related to the Bitcoin seized pursuant to a Federal seizure warrant that was held in User ID 25002089/User ID Number R8750839, controlled by and in the name of Tarun Kumar Arora.
>
>
> Thanks,
>
>
> Tammy Teglia
>
> Paralegal Specialist
>
> Asset Forfeiture Unit

USAO - Eastern District of California

916/554-2768

"CONFIDENTIALITY NOTICE:  This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure.  It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited.  If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer."

# EXHIBIT E

**Teglia, Tammy (USACAE)**

| | |
|---|---|
| **From:** | Teglia, Tammy (USACAE) |
| **Sent:** | Thursday, March 10, 2022 2:22 PM |
| **To:** | tarun_0085@rediffmail.com; tarun13335@gmail.com |
| **Subject:** | U.S. v. Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB |
| **Attachments:** | potential clmnt ltr Arora.pdf; Complaint filed 12 17 21.pdf; publ app & ord filed 1 6 22.pdf; arrest warrant clerks issued 1 4 22.pdf; Ord re Service and JSR.pdf; Ord Re Filing Requirements.pdf; Mag Judge Consent ntc.pdf; Voluntary Dispute Resolution ntc.pdf |

Mr. Tarun Kumar Arora,

Please see the attached Notice of Forfeiture Action along with the court documents referenced in the notice.  This is related to the Bitcoin seized pursuant to a Federal seizure warrant that was held in User ID 25002089/User ID Number R8750839 at Binance.

Let me know if you have questions.

Tammy Teglia
Paralegal Specialist
Asset Forfeiture Unit
USAO - Eastern District of California
916/554-2768

"CONFIDENTIALITY NOTICE:  This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney/client communications or work products, and is not subject to disclosure.  It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited.  If you believe that you have received this email in error, please notify the sender immediately, and permanently delete the email, any attachments, and all copies from your computer."



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Phillip A. Talbert
United States Attorney

| 501 1 Street, Suite 10-100 | Phone 916/554-2700 |
| Sacramento, CA 95814 | Fax   916/554-2900 |
| | TTD 916/554-2855 |

March 10, 2022

VIA EMAIL

**NOTICE OF FORFEITURE ACTION**

Tarun Kumar Arora
Email addresses: tarun_0085@rediffmail.com
and tarun13335@gmail.com

  Re: U.S. v. Approximately 10.19321397 Bitcoin, 2:21-CV-02353-JAM-DB

Dear Potential Claimant(s):

  This is to advise you that a Verified Complaint for Forfeiture *In Rem* has been filed against the above-described property. Enclosed are copies of the complaint, application and order for publication, warrant for arrest, order requiring service of process and joint status report, order re filing requirements, notice of availability of a magistrate judge, and notice of availability of voluntary dispute resolution.

  We are informing you of the filing of this Complaint because you may have the right to appear in this action and contest the forfeitability of the property. If you intend to contest forfeitability, a Claim, signed under penalty of perjury, must be filed with the Court no later than thirty-five (35) days after the date of this notice; and an Answer or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed with the Court within twenty-one (21) days of the filing of your claim. Please contact the Clerk of the U.S. District Court at 916/930-4000 for specific inquiries concerning the procedure for the filing of your Claim and Answer. A copy of any document filed with the Court must be served on this office. If you have an adequate reason, you may be able to obtain a reasonable extension of time for the filing of either the Claim or Answer by contacting me at the number provided below.

  The Claim as submitted will have to be in compliance with the provisions of Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in that it must identify the specific property being claimed, identify the claimant and state the claimant's interest in the property, and it must be signed under penalty of perjury by you.

  If no Claim has been filed with the Court and served on this office within thirty-five (35) days of the date of this notice, we will assume that you do not intend to intervene and will take a default judgment against your interest in the defendant property at that time.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition need not be made in any particular form and may be filed online or in writing. You should file a petition not later than 11:59 p.m. EST thirty (30) days after the date of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition form that may be mailed and the link to file a petition online. If you cannot find the desired assets online, you must file your petition in writing by sending it to Assistant U.S. Attorney Kevin C. Khasigian, 501 I Street, Suite 10-100, Sacramento, CA 95814. This website provides answers to frequently asked questions (FAQs) about filing a petition. You may file both a verified claim with the court and a petition for remission or mitigation.

Please advise us prior to the filing deadline if you have any problems with the preparation and filing of a Claim, or with the time limitations. I can be reached at 916/554-2768.

Sincerely,

Phillip A. Talbert
United States Attorney

*Tammy Teglia*

TAMMY TEGLIA
Paralegal Specialist
Asset Forfeiture Unit

Enclosures