PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CV-02353-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY 10.19321397 BITCOIN, | |
| Defendant. | |

This matter came before the Honorable Magistrate Judge Deborah Barnes on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant cryptocurrency to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is:

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.
2. Tarun Kumar Arora, Caroline Hepworth, and Binance are held in default.
3. A judgment by default is hereby entered against any right, title, or interests of Tarun Kumar Arora, Caroline Hepworth, and Binance in the defendant cryptocurrency referenced in the above

caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

SO ORDERED, this _____ day of _____, 2022.

---

TROY L. NUNLEY
United States District Judge