IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>　　　　　Defendant. | No. 2:21-cv-2353 TLN DB<br><br>ORDER AND<br>FINDINGS AND<br>RECOMMENDATIONS |

This matter came before the undersigned on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant cryptocurrency to oppose the United States' motion. Based on the United States' motion and the files and records of the court, the undersigned finds as follows:

　　1.　　This action arose out of a Verified Complaint for Forfeiture *In Rem* filed December 17, 2021.

　　2.　　The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Tarun Kumar Arora, Caroline Hepworth, and Binance.

　　3.　　The United States has shown that a complaint for forfeiture was filed; that potential claimants Tarun Kumar Arora, Caroline Hepworth, and Binance received notice of the forfeiture action;

that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS HEREBY ORDERED that within fourteen days of the date of this order the United States shall serve a copy of this order on the potential claimants via any method previously permitted in this action.

Also, IT IS HEREBY RECOMMENDED as follows:

1. That Tarun Kumar Arora, Caroline Hepworth, and Binance be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Tarun Kumar Arora, Caroline Hepworth, and Binance in the defendant cryptocurrency referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the assigned District Judge and filed by the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-eight days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 26, 2022

DLB:6
DB/orders/orders.civil/USv10.19321397.2353.mdj.f&rs

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE