PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-CV-02353-TLN-DB |
|---|---|
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| APPROXIMATELY 10.19321397 BITCOIN, | |
| Defendant. | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

    On May 31, 2022, she served a copy of the Order and Findings and Recommendations, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California or by sending a copy by email to the email addresses stated below.

///

///

///

Certificate of Service

1

Addressee:

By First Class Mail:

Caroline Hepworth
246 Schlaf Drive
Oroville, CA 95965

By Email:

Tarun Kumar Arora
Email addresses: tarun_0085@rediffmail.com
and tarun13335@gmail.com

Binance
Email address: case@binance.com

*Tammy Teglia*