UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 10.19321397 BITCOIN,<br><br>　　　　Defendant. | 2:21-cv-02353-TLN-DB<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

　　　　This matter came before the Honorable Magistrate Judge Deborah Barnes on the United States' *ex parte* motion for default judgment.  (ECF No. 22.)  There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant cryptocurrency to oppose the United States' motion.  On May 27, 2022, the magistrate judge recommended the United States' motion be granted and that any objections to the findings and recommendations were to be filed within twenty-eight days.  (ECF No. 23.)  No party has filed objections to the findings and recommendations. Based on the magistrate judge's findings and recommendations and the files and records of the Court, it is:

　　　　ORDERED, ADJUDGED AND DECREED:

　　　　1.　　The Magistrate Judge's Findings and Recommendations dated May 27, 2022, (ECF No. 23), are adopted in full;

1

2. The United States' Motion for Default Judgment and Final Judgment of Forfeiture, (ECF No. 22), is GRANTED;

3. Tarun Kumar Arora, Caroline Hepworth, and Binance are held in default;

4. A judgment by default is hereby entered against any right, title, or interests of Tarun Kumar Arora, Caroline Hepworth, and Binance in the defendant cryptocurrency referenced in the above caption;

5. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant cryptocurrency to the United States, to be disposed of according to law; and

6. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

**DATED:  July 15, 2022**

　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　United States District Judge